# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0458.  SAID MOBIN v. SOHAILA MOBIN.**

Said Mobin filed this application for discretionary appeal from the trial court's June 6, 2013 order appointing a receiver to protect assets awarded in a divorce decree. However, the Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6).  Because the order that Mobin seeks to appeal is ancillary to the divorce action, the Supreme Court has jurisdiction over this application.  See, e. g., *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/25/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                                                , *Clerk.*